UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA OSTRANDER,<br><br>           Plaintiff,<br><br>v.<br><br>ASSOCIATED CREDIT SERVICE, INC., a Washington corporation; and DAVID SOLBERG,<br><br>           Defendants. | NO. 2:16-CV-0090-TOR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE |

BEFORE THE COURT are Defendant's Motion to Compel (ECF No. 20) and Plaintiff's Motions to Dismiss (ECF No. 21) and Expedite (ECF No. 23). These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

Plaintiff's counsel represents that he and his office have been unable to reach Plaintiff since October 2016. In effect, Plaintiff has abandoned his case. Counsel points out that there are outstanding discovery requests and a motion to compel that cannot be satisfied without his client.

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
WITHOUT PREJUDICE ~ 1

Defendant objects to dismissal, contending that a dismissal will strip the Defendants of their legal rights under 15 U.S.C. § 1681n. The Court takes notice, however, that there are no longer any counterclaims pending. See ECF No. 13. Accordingly, Fed. R. Civ. P. 41(a)(1)(B) does not prohibit dismissal. Rule 41(a)(2) "allows a plaintiff, pursuant to an order of the court, and subject to any terms and conditions the court deems proper, to dismiss an action without prejudice at any time." *Zanowick v. Baxter Healthcare*, ___ F.3d ___, slip. opinion at *7 (9th Cir. March 9, 2017) (citation omitted). When ruling on a motion to dismiss without prejudice, the district court must determine whether the defendant will suffer some plain legal prejudice as a result of the dismissal. *Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (9th Cir. 1996). "[L]egal prejudice is just that—prejudice to some legal interest, some legal claim, some legal argument. Uncertainty because a dispute remains unresolved is not legal prejudice." *Id*. at 97. A ruling on a motion to dismiss "is addressed to the district court's sound discretion and the court's order will not be disturbed unless the court has abused its discretion." *Id*. at 96.

The possibility that future discovery may reveal "bad faith" or a filing "for purposes of harassment" is not a sufficient reason to keep this case pending. For good cause shown, Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 21)

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
WITHOUT PREJUDICE ~ 2

and Motion to Expedite (ECF No. 23) are **GRANTED**. Defendant's Motion to Compel (ECF No. 20) is **DENIED** as **MOOT**.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Expedite (ECF No. 23) is **GRANTED**.

2. Plaintiff's Motion to Dismiss without prejudice (ECF No. 21) is **GRANTED**.

3. Defendant's Motion to Compel (ECF No. 20) is **DENIED** as **MOOT**.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and close the file.

**DATED** March 9, 2017.

THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE ~ 3